IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM M. BLUE,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-499-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant Hartford Life and Accident Insurance Co. on plaintiff's claim of bad faith and dismissing this case.


_____      _____
Peter Oppeneer, Clerk of Court                     6/14/11
                                                                            Date